PROB 12A
(REVISED 5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Jeffery Lamont Everett     Case Number: 3:07-00169

Name of Judicial Officer: Honorable Todd J. Campbell, United States District Judge

Date of Original Sentence: May 16, 2008

Original Offense: 18 U.S.C. § 922(g)(1) Convicted Felon in Possession of Firearm

Original Sentence: 70 months' custody followed by two years' supervised release

Type of Supervision: Supervised release     Date Supervision Commenced: May 17, 2013

Assistant U.S. Attorney: To be determined     Defense Attorney: Dwight E. Scott

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this 11 day of April, 2014,
and made a part of the records in the above case.

_____
Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place     Nashville, Tennessee

Date     April 11, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall refrain from any unlawful use of a controlled substance.**

   On March 28, 2014, Mr. Everett tested positive for cocaine use.

   Mr. Everett failed to report to the probation office on March 27, 2014, as instructed, as part of the random drug testing program. On March 28, 2014, he submitted a urine specimen which tested positive for cocaine. Mr. Everett denied use. The specimen was sent to the laboratory for confirmation and was confirmed positive for cocaine.

   On April 3, 2014, the probation officer spoke with Mr. Everett via telephone to advise his drug test results were confirmed positive by the laboratory. Mr. Everett stated he had not used any illegal drugs since his last positive drug test for cocaine in January 2014. On April 10, 2014, Mr. Everett contacted the probation officer and advised his appointment at Centerstone Mental Health for a substance abuse treatment assessment is scheduled for April 24, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**

Jeffery Lamont Everett began his term of supervised release on May 17, 2013. His term of supervision is scheduled to expire on May 16, 2015. Mr. Everett was previously employed at Southern Steak and Oyster, but he was terminated on December 26, 2013, due to the no tolerance policy for alcohol on the job. Reportedly, his supervisor smelled alcohol on his person and he was terminated. He failed to notify the probation officer until almost one month later. Currently, Mr. Everett is employed through Industrial Staffing employment agency.

Your Honor was previously notified, on January 29, 2014, regarding Mr. Everett testing positive for cocaine use. Your Honor ordered no action at the time. Mr. Everett was referred to Centerstone Mental Health for a substance abuse treatment assessment on March 19, 2014.

Initially, Mr. Everett was not referred for a substance abuse treatment assessment because he participated in the 40-hour substance abuse treatment program while in the Bureau of Prisons, and he related he had not used illegal drugs since 2008. The case was staffed with the drug and alcohol treatment specialist at the probation office, and no referral for substance abuse treatment was recommended. However, in light of the positive drug tests for cocaine, on January 22, 2014, and on March 28, 2014, Mr. Everett will participate in outpatient substance abuse treatment at Centerstone. Mr. Everett was advised the violation would be reported to the Court, and he will have to participate in weekly substance abuse treatment at Centerstone Mental Health.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is respectfully recommending no additional action by the Court.

It is recommended Mr. Everett continue on supervised release with increased monitoring by the probation officer to allow participation in the substance abuse program at Centerstone Mental Health Center. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.


Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer